BEFORE THE FIRST DIVISION, JANUARY 16, 1951

**No. 55115.**— Arico, Inc., et al. *v.* United States, protests 155554–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55116.**—China Overseas, Inc., et al. *v.* United States, protests 157713–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.